**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN LUNA, | No. 2:16-CV-1731-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security. Pending before the court is the parties' stipulation for an extension of time.[1] Good cause appearing therefor, the court approves the stipulation.

/ / /

/ / /

/ / /

---

[1] The parties did not submit a proposed order.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's dispositive motion is due by January 30, 2017; and

2. All other deadlines set forth in the court's July 25, 2016, scheduling order are extended accordingly.

DATED: January 20, 2017

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2