1  Jared T. Walker (SB#269029)
   2020 Capitol Avenue
2  Suite 7
   Sacramento, CA 95811
3  T: (916) 476-5044
   F: (916) 476-5064
4  jared@saclawoffices.com

5  Attorney for Plaintiff,
   JUAN LUNA
6

7                 IN THE UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9  JUAN LUNA,                          Case No.: 2:16-cv-01731-CMK

10         Plaintiff,

11            v.                        STIPULATION FOR FINAL 7 DAY
                                        EXTENSION, *NUNC PRO TUNC*, FOR
                                        PLAINTIFF TO FILE OPENING BRIEF
12  CAROLYN W. COLVIN,
    Commissioner of Social Security,
13
           Defendant.
14

15

16        IT IS STIPULATED, by and between the parties, through their respective counsel of record,

17  that the time for Plaintiff to file his Motion for Summary Judgment/Remand be extended, *nunc pro*

18  *tunc*, seven days until February 6, 2017.  This will be Plaintiff's final request for an extension of

19  time.  Plaintiff's counsel has been unable to prepare Plaintiff's opening brief to date due to counsel

20  completing a month long jury trial in San Joaquin County Superior Court on January 27, 2017, and

21  filing an opening brief before this Court on January 30, 2017 in a separate, unrelated social security

22  case.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1

2    Dated: January 31, 2017                          Respectfully submitted,

3                                                     /s/ *Jared T. Walker*
                                                      Jared T. Walker,
4                                                     Attorney for Plaintiff

     SO STIPULATED:
5
                                                      PHILLIP A. TALBERT
6                                                     United States Attorney

7    Dated:                              By:          /s/ *Asim H. Modi**
                                                      (*authorized by e-mail on 1/31/2017*)
8                                                     Asim H. Modi
                                                      Special Assistant United States Attorney
9                                                     Attorneys for Defendant

10

11
                                         ORDER
12

13
     APPROVED AND SO ORDERED:
14

15

16
     Dated:  February 3, 2017
17
                                                      CRAIG M. KELLISON
18                                                    UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR FINAL EXTENSION OF TIME
FOR PLAINTIFF TO FILE OPENING BRIEF