PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8952
    Facsimile: 415-744-0134
    Email: Asim.Modi@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| JUAN LUNA, | ) Case No.: 2:16-cv-1731-CMK |
|     Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **EXTEND BRIEFING SCHEDULE** |
|     v. | ) |
| NANCY A. BERRYHILL[1], | ) |
| Acting Commissioner of Social Security, | ) |
|     Defendant. | ) |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file her summary judgment motion with the Court by 30 days to **April 13, 2017**, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly.  This is Defendant's first request for an extension of time in

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit.  No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

this matter, and she requests it in good faith and without any intent to prolong proceedings unduly.

There is good cause for this extension request because counsel for Defendant has workload issues that preclude filing her summary judgment motion by March 14, 2017. In particular, counsel for Defendant is currently responsible for drafting answering briefs in three Social Security cases before the Ninth Circuit. Moreover, counsel for Defendant is currently responsible for drafting briefs and summary judgment motions and negotiating (or litigating) attorney fee matters pursuant to the Equal Access to Justice Act before the district courts within the Seventh Circuit and Ninth Circuit. Additionally, counsel for Defendant is currently conducting discovery, drafting substantive pleadings, and preparing for a hearing in two personnel-related litigation matters pending before the Merit Systems Protection Board.

Counsel for Defendant apologizes to Plaintiff and the Court for any inconvenience caused by this delay.

Respectfully submitted,

Date: *March 7, 2017*   LAW OFFICE OF JARED T. WALKER

By:   */s/ Asim H. Modi for Jared T. Walker\**
      JARED T. WALKER
      *Authorized by email on March 7, 2017*
      Attorney for Plaintiff

Date: *March 7, 2017*   PHILLIP A. TALBERT
                        United States Attorney
                        DEBORAH LEE STACHEL
                        Regional Chief Counsel, Region IX
                        Social Security Administration

By:   */s/ Asim H. Modi*
      ASIM H. MODI
      Special Assistant United States Attorney
      Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED

Dated: March 15, 2017

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE